```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

PREFERRED CONTRACTORS INSURANCE §
COMPANY RISK RETENTION GROUP,   §
LLC                             §
                                §
VS.                             §   ACTION NO. 4:24-CV-051-Y
                                §
BLANCA ORELLANA, ET AL.         §

<u>FINAL JUDGMENT</u>

In accordance with the Notice of Voluntary Dismissal (doc. 15) and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITHOUT PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring them.

SIGNED July 24, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

<u>FINAL JUDGMENT - Page Solo</u>
TRM/chr